**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| M2M SOLUTIONS LLC,<br>a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA SOLUTIONS, INC., a Delaware corporation, TELIT COMMUNICATIONS PLC, a United Kingdom public limited company, and TELIT WIRELESS SOLUTIONS INC., a Delaware corporation,<br><br>    Defendants. | C.A. No. 12-033-RGA |

**NOTICE OF SERVICE**

  PLEASE TAKE NOTICE that, on May 5, 2014, copies of: (1) **Expert Report of Dr. Ray W. Nettleton**; (2) **Expert Report of Richard. F. Bero**; and (3) **Expert Report of Whitey Bluestein** were served as shown:

**BY EMAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

David A. Loewenstein
Clyde A. Shuman
Keren Livneh
Pearl Cohen Zedek Latzer
1500 Broadway, 12th Floor
New York, New York 10036
DavidL@pczlaw.com
ClydeS@pczlaw.com
klivneh@pczlaw.com

  PLEASE TAKE FURTHER NOTICE that, on May 6, 2014, copies of (4) this **Notice of Service** were served as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | David A. Loewenstein |
| Rodger D. Smith II | Clyde A. Shuman |
| Morris Nichols Arsht & Tunnell LLP | Keren Livneh |
| 1201 North Market Street | Pearl Cohen Zedek Latzer |
| P.O. Box 1347 | 1500 Broadway, 12th Floor |
| Wilmington, DE 19899 | New York, New York 10036 |
| jblumenfeld@mnat.com | DavidL@pczlaw.com |
| rsmith@mnat.com | ClydeS@pczlaw.com |
| | klivneh@pczlaw.com |

May 6, 2014

OF COUNSEL:

FOLEY & LARDNER LLP
Marc N. Henschke
111 Huntington Avenue, Suite 2600
Boston, MA  02199
(617) 342-4000
mhenschke@foley.com

Jeffrey N. Costakos
Kadie M. Jelenchick
777 E Wisconsin Avenue
Milwaukee, WI  53202
(414) 271-2400
jcostakos@foley.com
kjelenchick@foley.com

Jason J. Keener
321 North Clark Street
Chicago, IL 60654
(312) 832-4500
jkeener@foley.com

BAYARD, P.A.

/s/ *Sara E. Bussiere*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff M2M Solutions, LLC*